UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No. 1:18-CR-106 |
| v. ) | |
| ) | The Honorable Leonie M. Brinkema |
| ) | |
| ALEYA REED, ) | 18 U.S.C. 924(a)(1)(A) |
| ) | (Knowingly making false statements in |
| Defendant. ) | connection with the purchase of a |
| ) | firearm.) |

## STATEMENT OF FACTS

The United States of America and the defendant, Aleya Reed, agree that at trial the United States would have proven the following facts beyond a reasonable doubt with admissible, credible evidence.

1. The defendant attended the Nation's Gun Show at the Dulles Expo Center in Chantilly, Virginia on December 30, 2016.

2. On that date, the defendant purchased three firearms from Black Widow Arms, a Federal Firearms Licensee ("FFL"). Each of these firearms was a Jimenez Arms Pistol, model J.A. Nine, nine-millimeter caliber. These firearms bore the serial numbers 382696, 383005, and 382063.

3. On that same date, the defendant purchased two other firearms from Trader Jerry's, another FFL. These firearms included one Magnum Research Pistol, model Desert Eagle 50, .50 caliber, serial number DK0028818; and a Springfield Armory XD Pistol, model XD, .40 caliber, serial number XD328780.

4. The defendant was required to complete an ATF Form 4473 with respect to the purchases she made from each FFL.

5. The FFLs are required to keep and maintain each Form 4473 in their records. Among the information included on the Form 4473s is a firearm purchaser's address and state of residence.

6. On both of the ATF Forms, the defendant declared that she resided in a condominium in Alexandria, Virginia.

7. The defendant did not reside at the address she wrote on the ATF Forms. Moreover, the defendant was not a Virginia resident at the time she purchased firearms from the FFLs.

8. This statement of facts does not include each and every fact known to the defendant or to the United States, and it is not intended to be a full enumeration of all of the facts surrounding the defendant's case.

9. The actions of the defendant, as recounted above, were in all respects knowing and deliberate, and were not committed by mistake, accident, or other innocent reason.

Respectfully submitted,

Tracy Doherty-McCormick
Acting United States Attorney

By: _____/s/_____
Christopher Kaltsas
Special Assistant United States Attorney
Dennis Fitzpatrick
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3728
Fax: (703) 299-3980
E-mail: christopher.kaltsas2@usdoj.gov

## Defendant's Stipulation and Signature

After consulting with my attorney, I hereby stipulate that the above Statement of Facts is true and accurate, and that if the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

Date: _____      _____
                     Aleya Reed
                     Defendant


## Defense Counsel's Signature

I am the attorney for the defendant in this case, Aleya Reed. I have carefully reviewed the above Statement of Facts with her. To my knowledge, his decision to stipulate to these facts is informed and voluntary.

Date: _____      _____
                     Ann Mason Rigby
                     Assistant Federal Public Defender